JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DANIELLE P.,** | ) | **NO. SACV 22-295-KS** |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **KILOLO KIJAKAZI, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 18, 2023

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE